# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CODY LYNN NIELSEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT CROWTHER et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-49-DB<br><br>District Judge Dee Benson |

In an Order dated May 8, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $17.36 and submit a consent to have the remaining fee collected in increments from his/her inmate account. To date, Plaintiff has done neither.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

Dated this 6th day of July, 2017.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　/s/ Dee Benson
　　　　　　　　　　　　　JUDGE DEE BENSON
　　　　　　　　　　　　　United States District Court